# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,      :      Case No. 3:08-cr-038

                                     District Judge Walter Herbert Rice
-vs-                                 Chief Magistrate Judge Michael R. Merz

                            :

JOHN K. JOHNSON,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 46), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 25, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that the Plea Agreement herein and Defendant's plea of guilty pursuant to that agreement are accepted.

June 26, 2008.

                                                          Walter Herbert Rice
                                                          United States District Judge

1